UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON ZABADY, DAVID DAY, | * | CIVIL ACTION NO.: 06-3219 |
| SHANONDA NELSON, and MARION | * | |
| CALIFANO | * | SECTION:   J |
| | * | |
| VERSUS | * | JUDGE:   BARBIER |
| | * | |
| | * | MAGISTRATE:   4 |
| ENTERPRISE LEASING COMPANY, | * | |
| INC. and ENTERPRISE RENT-A-CAR | * | COLLECTIVE ACTION - JURY TRIAL |
| COMPANY | * | REQUESTED |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 NOV -2  AM 11: 18
LORETTA G. WHYTE
CLERK

## FOURTH AMENDING AND SUPPLEMENTAL COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, who hereby repeat and reallege each and every paragraph and prayer of their original Complaint, First Amending and Supplemental Complaint, Second Amending and Supplemental Complaint, and Third Amending and Supplemental Complaint as if set forth herein at length and, in addition thereto, desire to supplement and amend the original Complaint, First Amending and Supplemental Complaint, Second Amending and Supplemental Complaint, and Third Amending and Supplemental Complaint as follows:

I.

By supplementing the opening paragraph of the original Complaint by adding "Michael Pearce" after "William E. Bauer".

II.

By adding the following additional subparagraph to Paragraph 1:

"I)   MICHAEL PIERCE, a major individual, domiciled at 7600 Ridgemont Drive, Urbandale, IA, 50322, who, at all pertinent times, was employed as an Assistant



Manager by defendants at one of its United States locations."

Respectfully submitted:

SAM L. BRAND, JR.
Attorney at Law
P.O. Box 24296
Jackson, MS 39201
Telephone: 601/352-1243

-and-

McCRANIE, SISTRUNK, ANZELMO, HARDY,
 MAXWELL & McDANIEL, P.C.
Michael T. Tusa, Jr. (Bar Roll No.: 02154)
Peter Wanek (Bar Roll No.: 23353)
3445 N. Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
Telephone: 504/846-8427

-and-

BOHRER LAW FIRM, L.L.C.
8712 Jefferson Highway
Suite B
Baton Rouge, Louisiana 70809
Telephone: 225/925-5297

By: _____
 Philip Bohrer
 Bar Roll No.: 14089

I certify a copy of the foregoing pleading was delivered to all known counsel of record by hand delivery _____, overnight delivery _____, first class U.S. Mail ✓, this 30 day of October, 2006.

_____
Attorney At Law