UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON ZABADY, DAVID DAY, SHANONDA NELSON, and MARION CALIFANO | * * * * | CIVIL ACTION NO.: |
| | * | SECTION: |
| VERSUS | * * | |
| | * | MAGISTRATE: |
| ENTERPRISE LEASING COMPANY, INC. and ENTERPRISE RENT-A-CAR COMPANY | * * * | COLLECTIVE ACTION - JURY TRIAL REQUESTED |

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager employed by Enterprise Rent A Car, hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs, and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

05/11/2006
Date

*[signature]*
Signature

SHANONDA NELSON
Print Full Name

2750 RaceTrack Rd #305-115
Address

Fruit Cove, FL 32259
City, State, Zip

(904) 807-8959
Telephone No.

shanonda@hotmail.com
Email Address

**Dates of Employment:**

From: 04/25/2006

To: PRESENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON ZABADY, DAVID DAY, SHANONDA NELSON, and MARION CALIFANO | * * * * | CIVIL ACTION NO.: |
| | * | SECTION: |
| VERSUS | * * | |
| | * | MAGISTRATE: |
| ENTERPRISE LEASING COMPANY, INC. and ENTERPRISE RENT-A-CAR COMPANY | * * * | COLLECTIVE ACTION - JURY TRIAL REQUESTED |

### CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager employed by Enterprise Rent A Car, hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs, and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: 6 / 01 / 06

Signature: /s/ David L. Day

Print Full Name: DAVID L. DAY

Address: 2989 Pine Forest Dr

City, State, Zip: Palm Harbor, Fl. 34684

Telephone No.: (727) 789-2809

Email Address: darkraina@tampabay.rr.com

**Dates of Employment:**

From: 02 / 11 / 02

To: 04 / 03 / 05

also: 9/72 thru 4/88

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON ZABADY, DAVID DAY, | * | CIVIL ACTION NO.: |
| SHANONDA NELSON, and MARION | * | |
| CALIFANO | * | |
| | * | SECTION: |
| VERSUS | * | |
| | * | |
| | * | MAGISTRATE: |
| ENTERPRISE LEASING COMPANY, | * | |
| INC. and ENTERPRISE RENT-A-CAR | * | COLLECTIVE ACTION - JURY TRIAL |
| COMPANY | * | REQUESTED |

### CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager employed by Enterprise Rent A Car, hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs, and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

05/24/2006
**Date**

*Marion Califano*
**Signature**

*Marion E. Califano*
**Print Full Name**

13453 Locust Hill Dr.
**Address**

Gulfport, MS. 39503
**City, State, Zip**

(228) 831-5637
**Telephone No.**

Xmasbaby71@msn.com
**Email Address**

**Dates of Employment:**

From: 06/11/2002
To: 07/06/2005

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JASON ZABADY, DAVID DAY, SHANONDA NELSON, and MARION CALIFANO | * * * | CIVIL ACTION NO.: |
| | * | SECTION: |
| VERSUS | * * | |
| | * | MAGISTRATE: |
| ENTERPRISE LEASING COMPANY, INC. and ENTERPRISE RENT-A-CAR COMPANY | * * | COLLECTIVE ACTION - JURY TRIAL REQUESTED |

## CONSENT TO BECOME PARTY PLAINTIFF

I, the undersigned, a current or former assistant store manager employed by Enterprise Rent A Car, hereby consent to be a party plaintiff in the above-captioned lawsuit, which is an action to recover unpaid overtime compensation. By my signature below, I designate the above representative Plaintiffs and their attorneys as my agent to make decisions on my behalf concerning the litigation, the manner and method of conducting this litigation, attorney's fees and costs, and all other matters pertaining to this lawsuit.

**Please print or type the following information:**

Date: 05/11/2006

Signature: [signed]

Address: 406 Orrs Bridge Rd

Telephone No.: (717) 350-2082

Print Full Name: Jason Harold Zabady

City, State, Zip: Camp Hill PA 17011

Email Address: zabady@hotmail.com

**Dates of Employment:**

From: 06/10/2002

To: Dec 2005